UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Yvonne Rose Mackiewicz

CHAPTER 13
CASE NO. 17-54305
JUDGE Mark A. Randon

Debtor(s)

_____/

# DEBTOR'S OBJECTION TO THE PROOF OF CLAIM OF VERIPRO SOLUTIONS, INC. (PACER CLAIM NO. 6)

**NOW COMES** the debtor in this matter, Yvonne Rose Mackiewicz, through his/her attorney Peter A. Behrmann, objects to the Proof of Claim filed by Veripro Solutions, Inc.(Pacer Claim No. 6 ), and in support thereof states as follows:

1. The proof of claim filed on March 1st, 2018 on behalf of Veripro Solutions, Inc. (Pacer Claim No. 6), in the amount of $50,283.52.

2. This debt is for an unsecured loan that has been discharged.

**WHEREFORE**, the debtor prays that this Honorable Court disallow the Proof of Claim filed on March 1st, 2018 on behalf of Veripro Solutions, Inc. (Pacer Claim No. 6), in its entirety, and grant any further and other relief as this Court deems equitable and just, including entering an Order absolving the Trustee from any duty to recoup disbursements previously made to Veripro Solutions, Inc..

Dated: May 29, 2018

/s/ Peter A. Behrmann
Peter A. Behrmann (P71582)
Jeri L. Behrmann (P71581)
Attorneys for Debtors
Phoenix Law
37699 Six Mile Road, Suite 250
Livonia, MI 48152
(734) 779-9999
PeterB@PhoenixFreshStart.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In Re:

Yvonne Rose Mackiewicz

Chapter 13
Case No. 17-54305
Judge Mark A. Randon

Debtor(s)
_____/

**NOTICE OF DEBTOR'S OBJECTION TO THE PROOF OF CLAIM OF
VERIPRO SOLUTIONS, INC. (PACER CLAIM NO. 6)**

The debtor has filed an objection to your claim in this bankruptcy case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to DENY OR CHANGE YOUR CLAIM, then on or before **SEVEN (7) DAYS PRIOR TO HEARING,** you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:

    **United States Bankruptcy Court**
    211 West Fort Street, Suite 2100
    Detroit, MI 48226

    If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

    You must also mail a copy to:
    Peter A. Behrmann, Attorney for Debtor, 37699 Six Mile Road, Suite 250, Livonia, MI 48152
    Krispen S. Carroll (P49817), 719 Griswold, 1100 Chrysler House, Detroit, MI 48226
    Veripro Solutions, Inc., PO BOX 3572, Coppell, TX 75019,

2. Attend the hearing on the objection, scheduled to be held on 8/01/18 at 9:00am and COURT ROOM 1825, United States Bankruptcy Court, 211 W. Fort Street, Detroit, Michigan, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor evidence will be received. A pre-trial scheduling order may be issued as a result of the pretrial conference.)

    **If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

May 29, 2018

/s/ Peter A. Behrmann
Peter A. Behrmann (P71582)
Jeri L. Behrmann (P71581)
Attorneys for Debtor(s)
Phoenix Law
37699 Six Mile Road, Suite 250
Livonia, MI 48152
(734) 779-9999
PeterB@PhoenixFreshStart.com

1 Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

IN THE MATTER OF:

                                                     CHAPTER 13

Yvonne Rose Mackiewicz                       CASE NO.. 17-54305
                                                     JUDGE Mark A. Randon

                        Debtor(s).
_____/

## CERTIFICATE OF SERVICE OF DEBTOR'S OBJECTIONS TO THE PROOF OF CLAIM OF  VERIPRO SOLUTIONS, INC. (PACER CLAIM NO. 6)

I hereby certify that on May 29, 2018, I electronically filed the Debtor's Objection's to the Proof of Claim of Veripro Solutions, Inc. (Pacer Claim No. 6) with Proposed Order Disallowing the Veripro Solutions, Inc. (Pacer Claim No. 6), Notice of Objection to Claim of Veripro Solutions, Inc. (Pacer Claim No. 6) and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing or via First Class Mail to the following:

Yvonne Rose Mackiewicz
28472 Elmira St.
Livonia, MI 48150


Krispen S. Carroll (P49817)
719 Griswold
1100 Chrysler House
Detroit, MI 48226

Veripro Solutions, Inc.
PO BOX 3572
Coppell, TX 75019

                                                              /s/ Peter A. Behrmann
                                                              Peter A. Behrmann (P71582)
                                                              Jeri L. Behrmann (P71581)
                                                              Attorney's for Debtor(s)
                                                              Phoenix Law
                                                              37699 Six Mile Road, Suite 250
                                                              Livonia, MI 48152
                                                              (734)-779-9999
                                                              peterb@phoenixfreshstart.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:

Yvonne Rose Mackiewicz

CHAPTER 13
CASE NO. 17-54305
JUDGE Mark A. Randon

Debtor(s)
_____/

**(PROPOSED)**
**ORDER DISALLOWING THE PROOF OF CLAIM OF**
**VERIPRO SOLUTIONS, INC. (PACER CLAIM NO. 6)**

   This matter came on for hearing upon the Objection to Proof of Claim filed by the debtor, the Objection having been served with the Notice of Objection to Claim in accordance with the local bankruptcy rules, the requisite time for a response having passed, no response to the Objection having been timely filed and served, and the Court being otherwise sufficiently advised in the premises;

   **IT IS HEREBY ORDERED** the Court shall disallow the Proof of Claim filed on behalf of Veripro Solutions, Inc. (Pacer Claim No. 6), on March 1st, 2018 in its entirety, and grant any further and other relief as this Court deems equitable and just, including entering an Order absolving the Trustee from any duty to recoup disbursements previously made to Veripro Solutions, Inc..