UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:

Yvonne Rose Mackiewicz

CHAPTER 13
CASE NO. 17-54305
JUDGE Mark A. Randon

Debtor(s)
_____/

## ORDER DISALLOWING THE PROOF OF CLAIM OF VERIPRO SOLUTIONS, INC. (PACER CLAIM NO. 6)

This matter came on for hearing upon the Objection to Proof of Claim filed by the debtor, the Objection having been served with the Notice of Objection to Claim in accordance with the local bankruptcy rules, the requisite time for a response having passed, no response to the Objection having been timely filed and served, and the Court being otherwise sufficiently advised in the premises;

**IT IS HEREBY ORDERED** the Court shall disallow the Proof of Claim filed on behalf of Veripro Solutions, Inc. (Pacer Claim No. 6), on March 1st, 2018 in its entirety, and grant any further and other relief as this Court deems equitable and just, including entering an Order absolving the Trustee from any duty to recoup disbursements previously made to Veripro Solutions, Inc..

**Signed on July 26, 2018**



/s/ Mark A. Randon
**Mark A. Randon**
**United States Bankruptcy Judge**